IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RYAN R. KING PLAINTIFF

v. Civil No. 6:25-cv-06125

DEPUTY RECTOR, *et. al.* DEFENDANTS

# **ORDER**

Before the Court is the Report and Recommendation filed October 25, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 43. Judge Ford recommends that this case be dismissed without prejudice for failure to comply with a Court order and failure to prosecute this case. *See* Fed. R. Civ. P. 41(b).

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Therefore, the Court adopts the Report and Recommendation in its entirety and finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge